**BRUCE A. BLAKEMAN**
**County Executive**

**THOMAS A. ADAMS**
**County Attorney**

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

May 21, 2026

Honorable Lee G. Dunst
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

Re: Lugo Santana v. Nassau County, et al.,
Civil Action No.: 2:25-cv-02713-LGD

Your Honor:

As per the Court's directive both parties submit this status report.

Depositions have been conducted for Plaintiff and Corporal Dennis Newman. Deposition for Correctional Officer Chase must still be conducted. County Defendants must also still respond to Plaintiff's Post EBT Request for Production of Documents (dated April 21, 2026) and Post EBT Interrogatories (dated April 27, 2026). County Defendants have requested an additional forty-five (45) days to respond to these demands, which Plaintiff consents to. Additionally, County Defendants request, with consent of Plaintiff, an extension to the following dates by sixty (60) days:

- (1) completion of fact discovery **from 6/1/2026 to 7/31/26**; and

- (2) the final date to take the first step in dispositive motion practice, consistent with the undersigned's Individual Practice Rules, **from 8/1/2026 to 9/30/26**

The Court's attention to this matter is very much appreciated.

Very truly yours,

s/Nicholas Zotto
Nicholas Zotto, Esq.
Deputy County Attorney

To: Via PACER

Walter John Thompson, Esq.

**BRUCE A. BLAKEMAN**
**County Executive**

**THOMAS A. ADAMS**
**County Attorney**

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

Thompson Law, P.C.
43 West 43rd Street, Ste. 436
New York, NY 10036-7424
O: (646) 922-8900
F: (646) 944-8886
www.thompsonlawnyc.com